UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMIE RAYNES, INDIVIDUALLY AND ON BEHALF OF HIS TWO MINOR CHILDREN, SHANNON TAYLOR RAYNES AND KENNETH CHRISTOPHER RAYNES | CIVIL ACTION |
| | NO.: |
| | SECTION: " " JUDGE: |
| versus | |
| McMORAN EXPLORATION COMPANY AND NEWFIELD EXPLORATION COMPANY | MAG. ( ) MAG. |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Newfield Exploration Company ("Newfield"), who removes the action entitled *"Jamie Raynes, Individually and on behalf of his Two Minor Children, Shannon Taylor Raynes and Kenneth Christopher Raynes v. McMoran Exploration Company and Newfield Exploration"* Docket No. 10-4510, Division "C", Section 10, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §§1332 and 1441, *et seq.*, as well as the additional grounds discussed in this Notice of Removal. In support hereof, Newfield avers as follows:

1.

On May 4, 2010, the above-entitled action was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana. Attached hereto as Exhibit "A" is a complete copy of all pleadings currently filed in the Civil District Court for the Parish of Orleans.

2.

Defendant, McMoran Exploration Company, was served on May 20, 2010, with a copy of the Petition for Damages and a Citation issued by the Civil District Court for the Parish of Orleans.

3.

Defendant, Newfield, was served on June 4, 2010, with a copy of the Petition for Damages and a Citation issued by the Civil District court for the Parish of Orleans.

4.

The earliest served defendant was McMoran Exploration Company, who was served on May 20, 2010, thus this Notice of Removal is timely filed with this Honorable Court.

5.

For the reasons set forth below, this Court has subject matter jurisdiction over this action, which is removable pursuant to 28 U.S.C. §§1332 and 1441, *et seq*.

**DIVERSITY JURISDICTION**

6.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, *et seq*., due to the fact that there is complete diversity of the parties to this case.

7.

Plaintiffs, Jamie Raynes, Shannon Taylor Raynes and Kenneth Christopher Raynes, are domiciled in the State of Mississippi.[1]

8.

Defendant, McMoran Exploration Company, is a Delaware corporation with its principal place of business in Louisiana.

9.

Defendant, Newfield Exploration Company, is a Delaware corporation with its principal place of business in Texas.

10.

Consequently, this is a suit between citizens of different states for purposes of 28 U.S.C. §1332, *et seq.*, and complete diversity of citizenship exists between the parties as of the date of commencement of the state court action, and as of the date of this removal. It is further noted that the addition of McMoran Exploration Company to this proceeding represents the fraudulent joinder of a party, and its status as a party and citizenship should not be included in any analysis for diversity and/or removal purposes.

**AMOUNT IN CONTROVERSY**

11.

The plaintiffs have not made a specific monetary demand in the Petition. However, based on the allegations of injury and the types of damages allegedly suffered by plaintiffs,

[1] *See* Civil Cover Sheet, attached hereto as Exhibit "B".

Newfield — while denying any liability for injuries and/or damages alleged in the Petition — submits that the alleged amount in controversy has been satisfied.

**FEDERAL QUESTION JURISDICTION**

12.

In the alternative, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331, *et seq.* The captioned matter is a suit in which the controversy arises from an incident that took place on the Outer Continental Shelf, and is therefore governed by the Outer Continental Shelf Lands Act, 43 U.S.C. §1331, *et seq.* This fact has been admitted by plaintiffs in its Complaint that was filed with this Court in Civil Action No. 08-05018.

13.

For the reasons set forth above, this Court has jurisdiction over the instant action due to the fact that District Courts of the United States have jurisdiction over cases in controversy arising out of or in connection with any operation conducted on the Outer Continental Shelf. This action is governed by the Outer Continental Shelf Lands Act, 43 U.S.C. §1331, and as such, is subject to federal question jurisdiction.

**CONSENT TO REMOVAL BY CO-DEFENDANT**

14.

The other defendant to this matter, McMoran Exploration Company, has been contacted and consents to the instant removal, as evidenced by their Written Consent to Removal, which is attached hereto as Exhibit "C".

**OTHER MATTERS**

15.

In accordance with the provisions of 28 U.S.C. §1446(a), Newfield attaches as Exhibit "A" to this Notice of Removal, a true and correct copy of all process, pleadings, and Orders filed in *"Jamie Raynes, Individually and on behalf of his Two Minor Children, Shannon Taylor Raynes and Kenneth Christopher Raynes v. McMoran Exploration Company and Newfield Exploration"* Docket No. 10-4510, Division "C", Section 10, from the Civil District Court for the Parish of Orleans, State of Louisiana.

16.

Written notice of the filing of this Notice of Removal will be given to plaintiffs, as required by the provisions of 28 U.S.C. §1446(d).

17.

A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, as required by the provisions of 28 U.S.C. §1446(d).

**WHEREFORE**, defendant, Newfield Exploration Company, hereby removes this action to the United States District Court in and for the Eastern District of Louisiana.

Respectfully submitted:

**KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.**

**BRADLEY J. SCHLOTTERER (#24211)**
**KAREN WATERS SHIPMAN (#27320)**
**SEAN T. McLAUGHLIN (#31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
ATTORNEYS FOR NEWFIELD EXPLORATION COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 11th day of June, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

**BRADLEY J. SCHLOTTERER**