FILED
MAY 04 2010
DEPUTY CLERK
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

C-10

NO.: 2010-4510

DOCKET:

JAMIE RAYNES, INDIVIDUALLY AND ON BEHALF OF
HIS TWO MINOR CHILDREN, SHANNON TAYLOR RAYNES
AND KENNETH CHRISTOPHER RAYNES

VERSUS

MCMORAN EXPLORATION COMPANY AND
NEWFIELD EXPLORATION COMPANY

FILED: ______________________ ______________________
**DEPUTY CLERK**

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, JAMIE RAYNES, an individual of the full age of majority, Individually and on behalf of his minor children, Shannon Taylor Raynes and Kenneth Christopher Raynes, and respectfully shows that Defendants, MCMORAN EXPOLORATION COMPANY AND NEWFIELD EXPLORATION COMPANY, are liable to him for the following, to-wit:

1.

The following defendants are liable unto plaintiffs jointly, severally and in solido.

MCMORAN EXPLORATION COMPANY ("McMoran"), upon information and belief, a foreign corporation authorized to do and doing business in Louisiana with its principal business office in New Orleans;

NEWFIELD EXPLORATION COMPANY, ("Newfield"), upon information and belief, a foreign corporation authorized to do and doing business in Louisiana.

2.

The plaintiff, Jamie Raynes, was injured on or about September 24, 2008 while employed by Grasso Production Management and working on a fixed platform, West Delta 14-F1, owned and operated at the time by McMoran. Plaintiff has been receiving workers compensation benefits since the accident.

EXHIBIT
"A"

3.

The plaintiff, Jamie Raynes, sustained severe and permanently disabling injuries when the deck of the platform collapsed beneath him and his left foot went through the hole.

4.

McMoran, as the owner and operator of the structure in question, had a duty to exercise reasonable care and caution for the benefit of personnel it invited aboard the platform, including plaintiff herein.

5.

The subject platform had been owned by Newfield which sold the platform to McMoran within months of plaintiff's accident. Prior to selling the platform, Newfield performed inadequate repair work on the deck where plaintiff's accident occurred.

6.

The accident was caused by the negligence and/or strict liability of McMoran which as owner of the platform is responsible for damages occasioned by a defect in the platform.

7.

The negligence of Newfield in failing to perform adequate repairs and instead creating a trap before selling the platform to McMoran was also a cause of the accident for which Newfield is liable to plaintiff.

8.

As a consequence of the accident, Jamie Raynes, will continue to suffer the following non-exclusive damages:

1. Mental and physical pain and suffering, past and future;
2. Permanent physical disability and impairment;
3. Impairment of earning capacity;
4. Loss of wages, past and future;
5. Medical expenses, past and future; and
6. Loss of enjoyment of life.

9.

Plaintiff's minor children, Shannon Taylor Raynes and Kenneth Christopher Raynes, have experienced damage to their parental relationship entitling them to their own independent damages as a consequence of the negligence and fault of defendants herein.

**WHEREFORE**, plaintiff prays that defendants, McMoran Exploration Company and Newfield Exploration Company, be duly cited and served with a copy of the Petition for Damages and that after due proceedings had, there be judgment in favor of plaintiff, Jamie Raynes, Individually and on behalf of his minor children, Shannon Taylor Raynes and Kenneth Christopher Raynes, in a true and full sum which is reasonable under the circumstances, together with legal interest from the date of judicial demand, and for all costs of these proceedings.

Respectfully Submitted:

**BEST KOEPPEL TRAYLOR**

**LAURENCE E. BEST #3012**
**PETER S. KOEPPEL #1465**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024

**PLEASE SERVE:**

**MCMORAN EXPLORATION COMPANY**
Through their agent for service of process
Mr. Douglas N. Curranlt, II
1615 Poydras Street
New Orleans, Louisiana 70112

**NEWFIELD EXPLORATION COMPANY**
Through their agent for service of process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

RECEIVED
JUN 03 2010
E.B.R. SHERIFF'S OFFICE

CSC®

CORPORATION SERVICE COMPANY®

TWS / ALL
**Transmittal Number: 7711660**
**Date Processed: 06/04/2010**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Mr. Todd Lehn<br>Newfield Exploration Company<br>363 N. Sam Houston Parkway E.<br>Suite 100<br>Houston, TX 77060 |

| | |
|---|---|
| **Entity:** | Newfield Exploration Company<br>Entity ID Number 0170541 |
| **Entity Served:** | Newfield Exploration Company |
| **Title of Action:** | Jamie Raynes vs. McMoran Exploration Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Worker's Compensation |
| **Court:** | Orleans Parish District Court, Louisiana |
| **Case Number:** | 2010-4510C |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 06/04/2010 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Peter S Koeppel<br>504-598-1000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

ATTORNEY'S NAME: Koeppel, Peter 01465
AND ADDRESS:
New Orleans LA 70130-3504

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 04510 2 SECTION: 10 -- C

RAYNES, JAMIE ET AL VERSUS MCMORAN EXPLORATION COMPANY ET AL

# CITATION

TO: NEWFIELD EXPLORATION COMPANY
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS: THE PRENTICE-HALL CORPORATION SYSTEM, INC.
320 SOMERULOS STREET

BATON ROUGE LA 70802-6129

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 12, 2010.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by [signature]
Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ______ day of ____________________
__________ served a copy of the w/i petition
FOR DAMAGES

On
NEWFIELD EXPLORATION COMPANY

THROUGH: THEIR AGENT FOR SERVICE OF PROCESS: THE PRENTICE-HALL CORPORATION SYSTEM, INC.

Returned same day
No.
Deputy Sheriff of ____________________
Mileage: $____________________

__________ / ENTERED / __________
PAPER RETURN

__________ / __________ / __________
SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ______ day of ____________________
__________ served a copy of the w/i petition
FOR DAMAGES

On
NEWFIELD EXPLORATION COMPANY

THROUGH: THEIR AGENT FOR SERVICE OF PROCESS: THE PRENTICE-HALL CORPORATION SYSTEM, INC.

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ____________
NEWFIELD EXPLORATION COMPANY

being absent from the domicile at time of said service.
Returned same day
No.
Deputy Sheriff of ____________________